# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAQUILLA P.,<br><br>    Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>    Defendant. | Case No. 2:22-cv-00716-CJC (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO AFFIRM COMMISSIONER'S DECISION** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation to affirm the Commissioner's decision denying benefits. The time for objections has passed with none filed. (ECF 26). The Court thus orders that the Commissioner's decision be AFFIRMED for the reasons stated in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Judgment for the Commissioner will be entered accordingly.

  IT IS SO ORDERED.

DATED: October 12, 2023

                   CORMAC J. CARNEY
                   United States District Judge