JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAQUILLA P.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>　　　　Defendant. | Case No. 2:22-cv-00716-CJC (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Affirm Commissioner's Decision, **IT IS ADJUDGED** that the decision of the Commissioner denying benefits is AFFIRMED.

DATED: October 12, 2023

_____
CORMAC J. CARNEY
United States District Judge